```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                         :

THE LAW OFFICE OF PHILIPPE J.    :
GERSCHEL,                                     :
                                                          :      1:25-cv-79-GHW
                               Plaintiff,    :
                                                          :           ORDER
                            -v-                      :

NEW YORK CITY DEPARTMENT OF     :
EDUCATION,                                    :
                                             Defendant. :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Plaintiff commenced this action on January 3, 2025. Dkt. No. 1. On January 23, 2025, Plaintiff informed the Court that there are two "substantially similar" motions to dismiss pending "in Plaintiff's two similar actions captioned by solely the same Plaintiff and Defendant." Dkt. No. 6 at 1. *See* Case No. 1:24-cv-6303-MMG-SDA (filed August 21, 2024); Case No. 1:24-cv-7595-KPF (filed October 7, 2024). The first of these motions was fully briefed on December 5, 2024. Plaintiff "anticipates that substantially the same motion will be filed here." Dkt. No. 6 at 1. Therefore, Plaintiff requests that this Court stay this action until the motions to dismiss filed in the other two actions are finally resolved. *Id.*

       Plaintiff's application is granted. With the exception of Plaintiff's obligation to serve the summons and complaint on Defendant within the time prescribed by Fed. R. Civ. P. 4(m), this case is stayed pending final resolution—including any appeals—of the issues presented in the motions filed in the above referenced cases. Plaintiff is directed to serve a copy of this order on Defendant. The Clerk of Court is directed to note the stay of this case on the docket.

       SO ORDERED.

Dated: January 27, 2025
New York, New York

                                                                     GREGORY H. WOODS
                                                             United States District Judge