

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LINDEMAN**
Tel.: (212) 356-0418
tlindema@law.nyc.gov

**MEMORANDUM ENDORSED**

January 13, 2026

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 01/13/2026 |

**VIA ECF**

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Law Office of Phillippe Gerschel v. N.Y.C. Dep't of Educ.,* 25-cv-79(GHW)

Dear Judge Woods:

I am Senior Counsel in the office of Corporation Counsel Muriel Goode-Trufant, attorney for Defendant in the above-referenced action.

I write to respectfully request that the Court stay Defendant's time to respond to the Complaint pending the resolution of *The Law Office of Philippe J. Gerschel v. N.Y.C. Dep't of Educ.,* 24-cv-7595(KPF). Plaintiffs consent to this request. I apologize for the belated filing of this request, caused by a failure to properly calendar the relevant due date in this matter following the parties' discussion of the most efficient path towards resolution of these matters.

The instant matter is one of three currently pending matters filed by Plaintiff seeking attorney's fees and costs in connection with administrative proceedings brought on behalf of students seeking to enforce Individual Education Service Plans ("IESPs"). Defendant contends that such actions are not subject to the IDEA's due process procedures, and that Plaintiff is therefore not entitled to shift fees pursuant to the IDEA's fee shifting provision. Defendant had previously filed a motion to dismiss in a fourth matter, 24-cv-6303(MMG)(SDA), which Judge Garnett has granted. That decision has been appealed.

Following Judge Garnett's decision, Plaintiff filed amended complaints in the instant action as well as in 24-cv-7595(KPF) and 25-cv-930(JLR) The three amended complaints are substantially identical to each other. Defendant's motion to dismiss Case No. 24-cv-7595(KPF) was filed on January 8, 2026.

Because the same issues exist in the instant matter, and because the resolution of 24-cv-7495(KPF) may result in the resolution of all three pending cases, Defendant respectfully requests

that the instant matter be stayed pending that resolution.

Thank you for considering this submission.

Respectfully submitted,

_____/s/_____

Thomas Lindeman
Senior Counsel

cc: Leif Thorsten Simonsen, esq.(via ECF)

Application granted.  This case will be stayed pending resolution of the pending motion to dismiss in the case captioned 24-cv-7595(KPF).  The parties are ordered to notify the Court by the earlier of the date that is one week after any decision on that motion or June 13, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18 and to add a stay notation on the docket of this case.

SO ORDERED.
Dated:  January 13, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge