USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

THE LAW OFFICE OF PHILIPPE J. GERSCHEL,

Plaintiff,

-v -

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

---------------------------------------------------------------- X

1:25-cv-79-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 13, 2026, Defendant requested that this action be stayed pending resolution of a motion to dismiss in the case captioned 1:24-cv-7595. Dkt. No. 18. The Court granted that motion and ordered that the parties to notify the Court by the earlier of the date that is one week after any decision on that motion or June 13, 2026. Dkt. No. 19. As of the date of this order, the parties have not filed any update on the status of this case. The Court orders the parties to comply with its prior order forthwith, and in no event later than August 11, 2026.

SO ORDERED.

Dated: August 7, 2026

GREGORY H. WOODS
United States District Judge